PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
EKTA DHARIA (CABN 360251)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California 94102
    Telephone: (415) 436-7276
    Facsimile: (415) 436-6748
    E-mail: ekta.dharia@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE IN CIVIL MATTERS NO. 87 IN BUENOS AIRES, ARGENTINA | Case No. 25-mc-80041<br><br>*EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

    The United States of America respectfully petitions this Court for an order pursuant to 28 U.S.C. § 1782(a), appointing Ekta Dharia, Assistant United States Attorney, Commissioner for the purposes of obtaining information from Google LLC and to take such other action as is required to execute the Letter of Request from the National Court of First Instance in Civil Matters No. 87 in Buenos Aires, Argentina issued in connection with a judicial proceeding before the Argentinian Court captioned *Andrea Esther Lazarovich v. Andrés Ernesto di Pelino*, Ref. No. 2328/2024.

    The grounds for this application are more fully articulated in the memorandum of law that has been simultaneously filed with the application. A proposed order is also provided for the convenience of the Court.

//

//

//

| | | |
|---|---|---|
| 1 | DATED: February 19, 2025 | Respectfully submitted, |
| 2 | | PATRICK D. ROBBINS |
| 3 | | Acting United States Attorney |
| 4 | | _/s/ Ekta Dharia_ |
| 5 | | EKTA DHARIA |
| | | Assistant United States Attorney |
| 6 | | *Attorneys for the United States of America* |

EX PARTE APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
NO. 25-mc-80041

2