1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  EKTA DHARIA (CABN 360251)
   Assistant United States Attorney
4
5      450 Golden Gate Avenue
       San Francisco, California 94102
6      Telephone: (415) 436-7276
       Facsimile: (415) 436-6748
7      E-mail: ekta.dharia@usdoj.gov

8  Attorneys for the UNITED STATES OF AMERICA

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11 IN RE: REQUEST FOR INTERNATIONAL        )   Case No. 25-mc-80041
   JUDICIAL ASSISTANCE FROM THE            )
12 NATIONAL COURT OF FIRST INSTANCE IN     )
   CIVIL MATTERS NO. 87 IN BUENOS AIRES,   )   **DECLARATION OF EKTA DHARIA**
13 ARGENTINA                               )
                                           )
14 _____ )
                                           )
15
16     I, Ekta Dharia, pursuant to 28 U.S.C. § 1746, declare as follows:

17     1.      I am an Assistant United States Attorney in the Office of the United States Attorney for

18 the Northern District of California, and counsel for the United States of America.  I make this

19 declaration upon personal knowledge as well as information and belief based upon the attached exhibits

20 and communications with personnel in the U.S. Department of Justice ("DOJ"), to which a Letter of

21 Request has been transmitted for execution.  I make this declaration in support of the United States' *ex*

22 *parte* application, pursuant to 28 U.S.C. § 1782(a), for an order appointing me Commissioner for the

23 purpose of obtaining documents from Google LLC ("Google").

24     2.      In connection with a matter pending in the National Court of First Instance in Civil

25 Matters No. 87 in Buenos Aires, Argentina (the "Argentinian Court"), captioned *Andrea Esther*

26 *Lazarovich v. Andrés Ernesto di Pelino*, Ref. No. 2328/2024, the Argentinian Court issued a Letter of

27 Request seeking evidence from Google.  The Letter of Request was transmitted to the U.S. Department

28 of Justice, Civil Division, Office of Foreign Litigation, Office of International Judicial Assistance

("OIJA") in Washington, D.C.  The request was then transmitted to the U.S. Attorney's Office for the Northern District of California.  A true and correct copy of the Letter of Request from the Argentinian Court is attached hereto as **Exhibit A**.  (Please note that the page numbers at the bottom right corner of each page in Exhibit A were added by me and were not in the original.)

3.      On January 21, 2025, the United States sent a letter to Google via email to google-legal-support@google.com, requesting its voluntary compliance with the Letter of Request.

4.      On January 24, 2025, Google Legal Investigations responded via email stating, "Google requires Legal Process to be issued in the U.S. before providing responsive documents.  Accordingly, we suggest issuing a subpoena pursuant to a § 1782 Application."  A true and correct copy of the email response is attached hereto as **Exhibit B**.

5.      According to Google's most recent corporate filing with the California Secretary of State, a Statement of Information filed on September 7, 2023, Google's principal office is located at 1600 Amphitheatre Parkway, Mountain View, California 94043.  Mountain View is a city located in Santa Clara County. A copy of Google's corporate filing is attached hereto as **Exhibit C**.

6.      The specific information requested by the Argentinian Court is reflected in a subpoena addressed to Google, which the United States intends to serve (in substantially similar form) upon my appointment as Commissioner.  A copy of the proposed subpoena is attached hereto as **Exhibit D**.

7.      To assist the Argentinian Court in obtaining the requested evidence, I respectfully request that this Court enter the proposed order attached to the application appointing me Commissioner.

8.      To the best of my knowledge, no previous application for the relief sought herein has been made.


I declare under penalty of perjury that the foregoing is true and correct.  Executed on February 19, 2025 in San Francisco, California.


_____
EKTA DHARIA
Assistant United States Attorney

# EXHIBIT A



República Argentina - Poder Ejecutivo Nacional
AÑO DE LA DEFENSA DE LA VIDA, LA LIBERTAD Y LA PROPIEDAD

**Nota**

**Número:**

**Referencia:** COPMC-NOR-HCCH-PRBA- "INCIDENTE Nº1 - ACTOR: LAZAROVICH ANDREA ESTHER C/ DI PELINO ANDRES ERNESTO S/ EJECUCION -INCIDENTE CIVIL" - EX-2024-105733887- -APN-DGD#MRE - Carpe 2328/2024- EEUU

**A:** (CC) Autoridad Central de EE.UU (OIJA@usdoj.gov),

**Con Copia A:**

---

**De mi mayor consideración:**

Tengo el agrado de dirigirme a Ud. en mi carácter de Autoridad Central designada en el Convenio de La Haya de 18 de marzo de 1970 sobre la Obtención de Pruebas en el Extranjero en materia Civil y Comercial con el objeto de remitir un exhorto librado por el Juzgado Nacional de Primera Instancia en lo Civil No 87, de la Ciudad Autónoma de Buenos Aires, República Argentina, en los autos caratulados "**INCIDENTE Nº1 - ACTOR: LAZAROVICH ANDREA ESTHER C/ DI PELINO ANDRES ERNESTO S/ EJECUCION -INCIDENTE CIVIL**", a los fines de su diligenciamiento de estilo.

La rogatoria, librada en los términos del instrumento internacional mencionado, tiene por objeto solicitar informes a Google LLC.

Se solicita que una vez diligenciada la misma sea remitida a esta Autoridad Central al correo institucional cooperacion-civil@mrecic.gov.ar a los fines de su posterior devolución al Juzgado exhortante.

Se remiten archivos embebidos. Para poder visualizarlos es necesario descargar la nota, y sobre el margen izquierdo, seleccionar el símbolo de clip, allí se desplegará el archivo embebido. Se sugiere abrir la nota desde el programa Adobe Reader.

SPX

DEC 4 2024
189-44-25-41

*Unofficial translation:*

I have the pleasure of addressing you in my capacity as Central Authority designated in the Hague Convention of 18 March 1970 on the Taking of Evidence Abroad in Civil and Commercial Matters in order to forward a request issued by the National Court of First Instance in Civil Matters No. 87, of the Autonomous City of Buenos Aires, Argentine Republic, in the proceedings entitled "**INCIDENT No. 1 - ACTOR: LAZAROVICH ANDREA ESTHER C/ DI PELINO ANDRES ERNESTO S/ EXECUTION - CIVIL INCIDENT**", for the purposes of its formalization.

The request, issued under the terms of the aforementioned international instrument, aims to request information from Google LLC.

It is requested that once it has been completed, it be sent to this Central Authority to the institutional email cooperacion-civil@mrecic.gov.ar for the purposes of its subsequent return to the requesting Court.

Embedded files are sent. To view them, you must download the note and select the clip symbol on the left margin. The embedded file will be displayed there. It is suggested that you open the note from Adobe Reader.

SPX


Sin otro particular saluda atte.

TRADUCCIÓN PÚBLICA ---------------------------------------------------------------------------

SWORN TRANSLATION---------------------------------------------------------------------------------



------------------------------------------------- Judicial Power of the Nation-------------------------------------------

---------------------------------------------- CIVIL COURT 87 ------------------------------------------------

15278/2017 ---------------------------------------------------------------------------------------------

Incident No. 1 – PETITIONER: LAZAROVICH, ANDREA ESTHER. RESPONDENT: DI PELINO, ANDRÉS ERNESTO ON ENFORCEMENT – CIVIL INCIDENT----------------------------

------------------------------------------ **LETTER ROGATORY** ------------------------------------------

MS. ANA PAULA GARONA DUPUIS, JUDGE OF THE NATIONAL CIVIL COURT OF FIRST INSTANCE WITH FAMILY LAW JURISDICTION, PRESIDING OVER COURT NO. 87 IN THE CITY OF BUENOS AIRES, REPUBLIC OF ARGENTINA, TO THE HONORABLE JUDGE WITH JURISDICTION IN CIVIL MATTERS AND TERRITORIAL COMPETENCE IN THE STATE OF CALIFORNIA, UNITED STATES OF AMERICA, **DOES HEREBY GREET, REQUEST AND INFORM AS FOLLOWS:**-----------------------------------------------------------

That the case titled: "INCIDENT NO. 1 – PETITIONER: LAZAROVICH, ANDREA ESTHER. RESPONDENT: DI PELINO, ANDRÉS ERNESTO ON ENFORCEMENT – INCIDENT" Case File No. 15278/2017/1 is pending before the National Civil Court of First Instance No. 87, under my jurisdiction, with Mr. Daniel González Abalos in charge of the Sole Clerk's Office, located at 1212 Lavalle Street, 2nd Floor, in this City of Buenos Aires, with email contact at jncivil87@pjn.gov.ar. In said case, the undersigned is the competent authority by reason of subject matter and jurisdiction, and has ordered to issue this additional letter rogatory, following the one issued on September 12, 2024. Below is the judicial order authorizing the requested measure: "Buenos Aires, October 1, 2024. Issue the requested additional letter rogatory. Signed: Ana Paula Garona Dupuis. National Civil Judge."--------------------------------------------------------------------------------------------------

Please, be advised that the case file I am addressing was initiated by Ms. Andrea Esther Lazarovich, who claims the enforcement of the child support payment that the defendant Andrés Ernesto Di Pelino claims to have complied with, offering as evidence, among others, the emails sent. In view of this, it is necessary to establish who the owner of the Gmail account andrealazarovich@gmail.com is, to which the proofs of payment were sent. It is hereby stated that attorneys Mr. Carlos Alberto Arianna, registered under Volume 19, Folio 724, of the CPACF (Bar Association of the City of Buenos Aires), and Ms. Adriana Silvia Bertini, registered under Volume 47, Folio 519, of the CPACF (Bar Association of the City of Buenos Aires), or those they may appoint, are authorized to process the present request.---------------------------------------------------------------------------------------------------

The undersigned kindly REQUESTS AND REQUIRES Your Honor to comply with the above-stated request, offering reciprocity in analogous cases. ---------------------------------------------------------------

Issued, signed and sealed in the Autonomous City of Buenos Aires, Republic of Argentina, on this [in blank] day of November, 2024. -------------------------------------------------------------------------------

[There appears the following information in English and bar code:] --------------------------------------

Signature Not Verified
Digitally signed by ANA PAULA
GARONA DUPUIS
Date: 2024.11.12 10:22:19 ART



#38889267#434719947#20241112083439122

I do hereby certify the foregoing to be a true and accurate translation into English, in two pages, of the attached document in Spanish. Digitally signed in the City of Buenos Aires, Argentina, on November 13, 2024. ---------------------------------------------------------------------------------------------

Es TRADUCCIÓN al idioma inglés, en dos páginas, del documento adjunto redactado en español. Firmado digitalmente en la Ciudad Autónoma de Buenos Aires, Argentina, el 13 de noviembre de 2024. ----------------------------------------------------------------------------------------------------------

Edgardo Adrián Galende
Traductor Público de Inglés
Mat. T.° XXII F.° 295 Capital Federal
Inscripción CTPCBA N.° 8895

GALENDE
Edgardo Adrián
2024.11.13
20:32:17 -03'00'

**TRADUCCIÓN PÚBLICA** -------------------------------------------------------------------------------

**SWORN TRANSLATION**-------------------------------------------------------------------------------

-------------------------------------------  -------------------------------------------------

-------------------------------------- Judicial Power of the Nation-------------------------------------------

---------------------------------------------- CIVIL COURT 87 ----------------------------------------------

15278/2017 -----------------------------------------------------------------------------------------------------

Incident No. 1 – PETITIONER: LAZAROVICH, ANDREA ESTHER. RESPONDENT: DI PELINO, ANDRÉS ERNESTO ON ENFORCEMENT – CIVIL INCIDENT---------------------------

---------------------------------------- **LETTER ROGATORY** ----------------------------------------

MS. ANA PAULA GARONA DUPUIS, JUDGE OF THE NATIONAL CIVIL COURT OF FIRST INSTANCE WITH FAMILY LAW JURISDICTION, PRESIDING OVER COURT NO. 87 IN THE CITY OF BUENOS AIRES, REPUBLIC OF ARGENTINA, TO THE HONORABLE JUDGE WITH JURISDICTION IN CIVIL MATTERS AND TERRITORIAL COMPETENCE IN THE STATE OF CALIFORNIA, UNITED STATES OF AMERICA, **DOES HEREBY GREET, REQUEST AND INFORM AS FOLLOWS:**---------------------------------------------------------------

That the case titled: **"Incident No. 1 – PETITIONER: LAZAROVICH, ANDREA ESTHER. RESPONDENT: DI PELINO, ANDRÉS ERNESTO ON ENFORCEMENT – CIVIL INCIDENT"** Case File No. 15278/2017/1 is pending before the National Civil Court of First Instance No. 87, under my jurisdiction, with Mr. Daniel González Abalos in charge of the Sole Clerk's Office, located at 1212 Lavalle Street, 2nd Floor, in this City of Buenos Aires, email: jncivil87@pjn.gov.ar. In said case, the undersigned is the competent authority by reason of subject matter and jurisdiction, and has ordered to issue this letter rogatory, so that Your Honor may take the necessary steps to notify Google LLC, with an address at 1600 Amphitheatre Parkway, Mountain View, California, United States of America, to provide information regarding the identity of the

holder of the account: andrealazarovich@gmail.com. Below is the judicial order authorizing the requested measure: "Buenos Aires, July 31, 2024. Issue the requested letter rogatory to Google LLC." Signed: Ana Paula Garona Dupuis. National Civil Judge. Please, be advised that the present "Incident No. 1 – PETITIONER: LAZAROVICH, ANDREA ESTHER. RESPONDENT: DI PELINO, ANDRÉS ERNESTO ON ENFORCEMENT – INCIDENT" arises from a request for the enforcement of child support payments. It is hereby stated that attorneys Mr. Carlos Alberto Arianna, registered under T° 19, F° 724, CPACF (Buenos Aires Bar Association), and Ms. Adriana Silvia Bertini, registered under T° 47, F° 519, CPACF (Buenos Aires Bar Association), or those they may appoint, are authorized to process the present request. The undersigned kindly REQUESTS AND REQUIRES Your Honor to comply with the above-stated request, offering reciprocity in analogous cases.--------------------------------------------------------------------------------------------------------

Issued, signed and sealed in the Autonomous City of Buenos Aires, Republic of Argentina, on this [in blank] day of September, 2024. -----------------------------------------------------------------------------

[There appears the following information in English and bar code:] --------------------------------------



Signature Not Verified
Digitally signed by ANA PAULA
GARONA DUPUIS
Date: 2024.09.12 11:50:16 ART

#38889267#425538870#20240912081852252

I do hereby certify the foregoing to be a true and accurate translation into English, in two pages, of the attached document in Spanish. Digitally signed in the City of Buenos Aires, Argentina, on September 22, 2024. -----------------------------------------------------------------------------------------------

Es TRADUCCIÓN al idioma inglés, en dos páginas, del documento adjunto redactado en español. Firmado digitalmente en la Ciudad Autónoma de Buenos Aires, Argentina, el 22 de septiembre de 2024. --------------------------------------------------------------------------------------------------------------

Edgardo Adrián Galende
Traductor Público de Inglés
Mat. T.° XXII F.° 295 Capital Federal
Inscripción CTPCBA N.° 8895

GALENDE
Edgardo Adrián
2024.09.22
23:27:39 -03'00'



Poder Judicial de la Nación

## JUZGADO CIVIL 87

15278/2017

Incidente Nº 1 **-** ACTOR: LAZAROVICH, ANDREA ESTHER
DEMANDADO: DI PELINO, ANDRES ERNESTO s/EJECUCION **-**
INCIDENTE CIVIL

**-EXHORTO DIPLOMATICO-** §

DRA. ANA PAULA GARONA DUPUIS, JUEZ NACIONAL
DE PRIMERA INSTANCIA EN LO CIVIL CON COMPETENCIA
EN MATERIA DE FAMILIA A CARGO DEL JUZGADO N° 87 DE
LA CIUDAD DE BUENOS AIRES, REPUBLICA ARGENTINA.-

AL    SEÑOR    JUEZ    QUE    CORRESPONDA    CON
JURISDICCIÓN EN MATERIA CIVIL Y COMPETENCIA
TERRITORIAL EN EL ESTADO DE CALIFORNIA, ESTADOS
UNIDOS DE NORTEAMÉRICA.**-**

**SALUDA, EXHORTA Y HACE SABER**: Que por ante el
Juzgado Nacional de Primera Instancia en lo Civil N° 87, a mi cargo
, Secretaria Única a cargo del Dr. Daniel González Abalos, con sede
en la calle Lavalle N° 1212, Piso 2° de esta Ciudad de Buenos Aires
, correo electrónico jncivil87@pjn.gov.ar , tramitan los autos
"INCIDENTE Nº 1 **-** ACTOR: LAZAROVICH, ANDREA ESTHER
DEMANDADO: DI PELINO, ANDRES ERNESTO S/EJECUCION
**-** INCIDENTE" Expte. 15278/2017/1, en los cuales la suscripta es
competente en razón de materia y jurisdicción; y se ha dispuesto librar
la presente ampliación de la rogatoria librada con fecha 12 de
septiembre de 2024. A continuación se transcribe el proveído que
ordena la medida y autoriza el presente: "Buenos Aires, 1° de octubre
de 2024. Líbrese el exhorto ampliatorio solicitado. Firmado: Ana
Paula Garona Dupuis, Juez Nacional en lo Civil.------------------------

Se pone en su conocimiento que el expediente en el que me dirijo fue
iniciado por la Sra. Andrea Esther Lazarovich quien reclama la
ejecución de la cuota alimentaria que el demandado Andrés Ernesto
Di Pelino afirma haber cumplido, ofreciendo como prueba, entre otras
los correos electrónicos remitidos. Atento a ello se requiere establecer
el titular de la cuenta de Gmail andrealazarovich@gmail.com, al que
se remitían las constancias de pago. Se deja constancia que se

encuentran autorizados al diligenciamiento del presente los Dres. Carlos Alberto Arianna abogado T° 19 F° 724 C.P.A.C.F.y Adriana Silvia Bertini, abogada T° 47 F° 519 C.P.A.C.F. y/o quienes estos designen. ----------------------RUEGA Y EXHORTA a Vuestra Señoría de cumplimiento a lo precedentemente dispuesto, ofreciendo reciprocidad para casos análogos.--------------------------------------------------------------

Dado, sellado y firmado, en la Ciudad Autónoma de Buenos Aires, República Argentina, a los .... días del mes de noviembre de 2024.-

Signature Not Verified
Digitally signed by ANA PAULA
GARONA DUPUIS
Date: 2024.11.12 10:22:19 ART

#38889267#434719947#20241112083439122

Poder Judicial de la Nación

# JUZGADO CIVIL 87

15278/2017

Incidente N° 1 - ACTOR: LAZAROVICH, ANDREA ESTHER DEMANDADO: DI PELINO, ANDRES ERNESTO s/EJECUCION - INCIDENTE CIVIL

### -EXHORTO DIPLOMATICO- §

DRA. ANA PAULA GARONA DUPUIS, JUEZ NACIONAL DE PRIMERA INSTANCIA EN LO CIVIL CON COMPETENCIA EN MATERIA DE FAMILIA A CARGO DEL JUZGADO N° 87 DE LA CIUDAD DE BUENOS AIRES, REPUBLICA ARGENTINA.-

AL SEÑOR JUEZ QUE CORRESPONDA CON JURISDICCIÓN EN MATERIA CIVIL Y COMPETENCIA TERRITORIAL EN EL ESTADO DE CALIFORNIA, ESTADOS UNIDOS DE NORTEAMÉRICA.-

**SALUDA, EXHORTA Y HACE SABER**: Que por ante el Juzgado Nacional de Primera Instancia en lo Civil N° 87, a mi cargo, Secretaria Única a cargo del Dr. Daniel González Abalos, con sede en la calle Lavalle N° 1212, Piso 2° de esta Ciudad de Buenos Aires, correo electrónico jncivil87@pjn.gov.ar, tramitan los autos carátulados; **"Incidente N° 1 - ACTOR: LAZAROVICH, ANDREA ESTHER DEMANDADO: DI PELINO, ANDRES ERNESTO s/EJECUCION - INCIDENTE CIVIL"** Expte. 15278 /2017/1, en los cuales la suscripta es competente en razón de materia y jurisdicción y se ha dispuesto librar la presente rogatoria, a fin de que V.S. arbitre los medios para hacer saber a Google LLC con domicilio en 1600, Amphitheatre Parkway, Mountain View, California, Estados Unidos de América que deberá informar quien es la titular de la cuenta andrealazarovich@gmail.com. A continuación se transcribe el proveído que ordena la medida y autoriza el presente; "Buenos Aires, 31 de julio de 2024. Líbrese el exhorto solicitado a Google LLC". Fdo. Ana Paula Garona Dupuis. Juez Nacional en lo Civil. Se pone en su conocimiento que el presente "INCIDENTE N° 1 - ACTOR: LAZAROVICH, ANDREA ESTHER DEMANDADO: DI PELINO, ANDRES ERNESTO S/EJECUCION - INCIDENTE" se ha originado

como consecuencia de un pedido de ejecución de cuota alimentaria. Se deja constancia que se encuentran autorizados al diligenciamiento del presente los Dres. Carlos Alberto Arianna abogado T° 19 F° 724 C.P.A.C.F.y Adriana Silvia Bertini, abogada T° 47 F° 519 C.P.A.C.F. y /o quienes estos designen. RUEGA Y EXHORTA a Vuestra Señoría de cumplimiento a lo precedentemente dispuesto, ofreciendo reciprocidad para casos análogos. Dado, sellado y firmado, en la Ciudad Autónoma de Buenos Aires, República Argentina, a los...... días del mes de septiembre de 2024.-

Signature Not Verified
Digitally signed by ANA PAULA
GARONA DUPUIS
Date: 2024.09.12 11:50:16 ART

 

# COLEGIO DE TRADUCTORES PÚBLICOS
# DE LA CIUDAD DE BUENOS AIRES

República Argentina
Ley 20305

# **LEGALIZACIÓN**

El COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES, en virtud de la facultad que le confiere el artículo 10 inc. d) de la Ley 20305, certifica que el/la Traductor/a Público/a  **GALENDE, EDGARDO ADRIÁN**

cuya firma digital consta en la traducción pública adjunta, se encuentra matriculado/a en esta institución en el idioma **INGLÉS [TOMO 22 - FOLIO 295]**

Asimismo, se deja constancia de que el/la profesional está habilitado/a por esta institución para firmar documentos en su calidad de Traductor/a Público/a.

Firmado digitalmente por: **MORGUNOVSKY MICHELL, JACOBO ARIEL**

Identificador de legalización: **889517315414486976041176735539c830b79**

Ciudad Autónoma de Buenos Aires, **15/11/2024**

**Departamento de Legalizaciones**
Firma de Traductor Legalizada

Firmado digitalmente por MORGUNOVSKY MICHELL Jacobo Ariel
Fecha: 2024.11.15 17:22:13 -03'00'

Legalización firmada digitalmente conforme a la Ley 25506, a la Ley 2751 y sus reglamentaciones complementarias.

ESTA LEGALIZACIÓN NO IMPLICA JUICIO ALGUNO SOBRE EL CONTENIDO DE LA TRADUCCIÓN PÚBLICA Y SERÁ VÁLIDA ÚNICAMENTE SI ESTÁ FIRMADA DIGITALMENTE POR LA PERSONA DEBIDAMENTE AUTORIZADA POR EL CTPCBA.

Para verificar documentos digitales, ingrese a:
https://firmar.gob.ar/validar.html
Para saber cómo visualizar la totalidad de los documentos embebidos en este archivo .pdf, ingrese a:
https://www.traductores.org.ar/matriculados/firma-digital/
Para verificar la validez de esta legalización, ingrese a:
https://www.traductores.org.ar/publico/como-verifico-una-legalizacion-digital/



Colegio de Traductores Públicos
de la Ciudad de Buenos Aires

By virtue of the authority vested in the COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (CTPCBA) (Buenos Aires Sworn Translators Association), by Argentine law No. 20305 section 10(d), I hereby CERTIFY that the Certified Translator whose digital signature is affixed on the document attached hereto is registered with this Association. This certification does not imply any opinion on the contents of the translation and will be valid only if digitally signed by the duly authorized signatory of the CTPCBA.

Vu par le COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (CTPCBA) (Ordre des Traducteurs Officiels de la ville de Buenos Aires), en vertu des attributions qui lui ont été accordées par l'article 10, alinéa d) de la Loi n° 20305, CERTIFIE que le Traducteur/Traductrice Officiel/le, dont la signature numérique est apposée sur le document ci-joint, est inscrit/e à cette Institution. Cette légalisation n'implique aucun avis sur le contenu de la traduction et ne sera pas valable sans la signature numérique du fonctionnaire habilité par le CTPCBA.

Il COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (CTPCBA) (Ordine dei Traduttori abilitati della Citta di Buenos Aires) , in virtù delle facoltà conferite dall'articolo 10, lettera d) della legge 20.305, CERTIFICA che la Traduttrice Giurata/il Traduttore Giurato, la cui firma digitale si riporta sul documento allegato, è registrata/o presso questo Ente. Questa legalizzazione non prevede alcun giudizio sul contenuto della traduzione e non sarà valida senza la relativa firma digitale del funzionario autorizzato dal CTPCBA.

Por meio desta legalização, o COLEGIO DE TRADUCTORES PÚBLICOS DE LA CIUDAD DE BUENOS AIRES (CTPCBA) (Colégio dos Tradutores Públicos da Cidade de Buenos Aires), no uso de suas atribuições e em conformidade com o artigo 10, alínea "d", da Lei 20.305, CERTIFICA que a Tradutora Pública/o Tradutor Público cuja assinatura digital consta no documento anexo, está inscrita/o nesta instituição. Este reconhecimento não diz respeito ao conteúdo da tradução e não será válido sem a assinatura digital correspondente ao funcionário habilitado pelo CTPCBA.

COLEGIO DE TRADUCTORES PUBLICOS DE LA CIUDAD DE BUENOS AIRES (CTPCBA) (Kammer der vereidigten Übersetzerinnen und Übersetzer der Stadt Buenos Aires). Kraft der Befugnisse, die ihr gem. Art. 10 Abs. d) des Gesetzes Nr. 20.305 zustehen, bescheinigt diese Kammer hiermit lediglich, dass die vereidigte Übersetzerin bzw. der vereidigte Übersetzer, deren/dessen digitale Signatur auf vorstehend beigefügter Urkunde gesetzt ist, dieser Berufskammer angehört. Diese Beglaubigung bezieht sich nicht auf den Inhalt der Übersetzung und ist nur mit der entsprechenden digitalen Signatur der bzw. des von der CTPCBA ermächtigten Bestätigungsbefugten gültig.

# EXHIBIT B

| | |
|---|---|
| **From:** | google-legal-support@google.com |
| **To:** | Dharia, Ekta (USACAN) |
| **Subject:** | [EXTERNAL] Re: Request for International Judicial Assistance from the National Court of First Instance in Civil Matters No. 87 in Buenos Aires, Argentina in Andrea Ester Lazarovich v. Andrés Ernesto di Pelino, Ref. No. 2328/2024 (Internal Ref. No. 8154... |
| **Date:** | Friday, January 24, 2025 12:32:47 PM |

Hello Ekta,

Google is in receipt of your letter dated January 21, 2025. Google requires Legal Process to be issued in the U.S. before providing responsive documents. Accordingly, we suggest issuing a subpoena pursuant to a § 1782 Application. As a one-time courtesy, Google will agree to accept the subpoena via email in response to this thread.

We hope this clarification was helpful. Thank you for compliance with our policies.

Regards,

Google Legal Investigations

# EXHIBIT C



BA20231348957



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**STATEMENT OF INFORMATION**
**LIMITED LIABILITY COMPANY**

California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

| For Office Use Only |
| :---: |
| **-FILED-** |
| File No.: BA20231348957 |
| Date Filed: 8/29/2023 |

---

**Entity Details**

| | |
| --- | --- |
| Limited Liability Company Name | GOOGLE LLC |
| Entity No. | 201727810678 |
| Formed In | DELAWARE |

**Street Address of Principal Office of LLC**

| | |
| --- | --- |
| Principal Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

**Mailing Address of LLC**

| | |
| --- | --- |
| Mailing Address | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |
| Attention | |

**Street Address of California Office of LLC**

| | |
| --- | --- |
| Street Address of California Office | 1600 AMPHITHEATRE PARKWAY<br>MOUNTAIN VIEW, CA 94043 |

**Manager(s) or Member(s)**

| Manager or Member Name | Manager or Member Address |
| --- | --- |
| XXVI Holdings Inc. | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

**Agent for Service of Process**

| | |
| --- | --- |
| California Registered Corporate Agent (1505) | CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC - LAWYERS INCORPORATING SERV<br>Registered Corporate 1505 Agent |

**Type of Business**

| | |
| --- | --- |
| Type of Business | TECHNOLOGY COMPANY |

**Email Notifications**

| | |
| --- | --- |
| Opt-in Email Notifications | Yes, I opt-in to receive entity notifications via email. |

**Chief Executive Officer (CEO)**

| CEO Name | CEO Address |
| --- | --- |
| Sundar Pichai | 1600 Amphitheatre Parkway<br>Mountain View, CA 94043 |

**Labor Judgment**

No Manager or Member, as further defined by California Corporations Code section 17702.09(a)(8), has an outstanding final judgment issued by the Division of Labor Standards Enforcement or a court of law, for which no appeal is pending, for the violation of any wage order or provision of the Labor Code.

B2069-5036  08/29/2023  10:09 AM  Received by California Secretary of State

Electronic Signature

☒ By signing, I affirm under penalty of perjury that the information herein is true and correct and that I am authorized by California law to sign.

*Thomas Wesley Hutchinson*

*08/29/2023*

Signature

Date

B2063-5037 08/29/2023 10:09 AM Received by California Secretary of State

# EXHIBIT D

1  PATRICK D. ROBBINS (CABN 152288)
   Acting United States Attorney
2  PAMELA T. JOHANN (CABN 145558)
   Chief, Civil Division
3  EKTA DHARIA (CABN 360251)
   Assistant United States Attorney
4

5      450 Golden Gate Avenue
       San Francisco, California 94102
6      Telephone: (415) 436-7276
       Facsimile: (415) 436-6748
7      E-mail: ekta.dharia@usdoj.gov

8
   Attorneys for the UNITED STATES OF AMERICA
9

10              UNITED STATES DISTRICT COURT

11            NORTHERN DISTRICT OF CALIFORNIA

12

13  IN RE: REQUEST FOR INTERNATIONAL       )  Case No. 25-mc-80041
    JUDICIAL ASSISTANCE FROM THE           )
14  NATIONAL COURT OF FIRST INSTANCE IN    )
    CIVIL MATTERS NO. 87 IN BUENOS AIRES,  )  **COMMISSIONER'S SUBPOENA**
15  ARGENTINA                              )
                                           )
16                                         )
                                           )
17  _____   )

18      To:    Google LLC
               1600 Amphitheatre Parkway
19             Attn: Legal Dept.
               Mountain View, CA 94043
20

21      I, Ekta Dharia, an Assistant United States Attorney for the Northern District of California, acting

22  under the authority of Title 28, United States Code, Section 1782, for the purpose of rendering

23  assistance to the Argentine Republic, command that you provide to me evidence for use in the civil

24  action in the the National Court of First Instance in Civil Matters No. 87 in Buenos Aires, Argentina (the

25  "Argentinian Court"), captioned *Andrea Esther Lazarovich v. Andrés Ernesto di Pelino*, Ref. No.

26  2328/2024, said evidence being:

27      Ms. Andrea Esther Lazarovich, who claims the enforcement of the child support payment
        that the defendant Andrés Ernesto Di Pelino claims to have complied with, [is] offering as
28      evidence, among others, the emails sent.  In view of this, it is necessary to establish who

the owner of the Gmail account andrealazarovich@gmail.com is, to which the proofs of payment were sent.

If you cannot produce a requested document or information (including, *inter alia*, because the document or information has been lost or destroyed), please provide the facts you rely upon in support of your contention that you cannot do so. To the extent a document or information is not produced because of an assertion of privilege, please state the specific privilege relied upon. If you object to producing only part of a requested document or information, please produce that portion of the document you do not object to producing and indicate what portion you have withheld based on an assertion of privilege.

Please produce the requested document or information by either by e-mail to me at ekta.dharia@usdoj.gov (preferred) or by mail at the address set forth below no later than **March 21, 2025**.

> Ekta Dharia
> Assistant United States Attorney
> United States Attorney's Office
> 450 Golden Gate Avenue
> San Francisco, CA 94401

Please note that if you anticipate any charges for these records, please contact me prior to mailing so that we can confirm the charges and the availability of funds.

For failure to provide said evidence, you may be deemed guilty of contempt and liable to penalties under the law. The recipient of the attached subpoena may, for good cause shown, oppose the giving of evidence, or the circumstances thereof, by motion timely filed with the Court.

DATED: _____, 2025

> _____
> EKTA DHARIA, Commissioner
> Assistant United States Attorney