PATRICK D. ROBBINS (CABN 152288)
Acting United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
EKTA DHARIA (CABN 360251)
Assistant United States Attorney

   450 Golden Gate Avenue
   San Francisco, California 94102
   Telephone: (415) 436-7276
   Facsimile: (415) 436-6748
   E-mail: ekta.dharia@usdoj.gov

Attorneys for the UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: REQUEST FOR INTERNATIONAL JUDICIAL ASSISTANCE FROM THE NATIONAL COURT OF FIRST INSTANCE IN CIVIL MATTERS NO. 87 IN BUENOS AIRES, ARGENTINA | Case No. 25-mc-80041<br><br>[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782 |

Pending before the Court is an application submitted by the United States Attorney for an order pursuant to 28 U.S.C. § 1782. The United States requests that the Court appoint Assistant United States Attorney ("AUSA") Ekta Dharia as Commissioner and authorize AUSA Dharia to issue a subpoena and obtain information from Google LLC ("Google"), in conformity with the Letter of Request by the National Court of First Instance in Civil Matters No. 87 in Buenos Aires, Argentina (the "Argentinian Court") issued in connection with a judicial proceeding before the Argentinian Court captioned *Andrea Esther Lazarovich v. Andrés Ernesto di Pelino*, Ref. No. 2328/2024.

The Court has reviewed the documents supporting this request, the application, and the memorandum of law in support, and is informed on the grounds upon which the request and application are based.

[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
No. 25-mc-80041

1

1  Pursuant to its power under 28 U.S.C. § 1782, the Court hereby ORDERS that AUSA Dharia is
2  appointed as Commissioner and that AUSA Dharia is authorized to issue a subpoena to obtain the
3  information in compliance with the Letter of Request and to take all steps reasonably necessary for the
4  accomplishment of the request.
5  IT IS SO ORDERED.

7  DATED:_____, 2025

_____
United States District/Magistrate Judge

28 [PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782
No. 25-mc-80041

2